**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHERRI JEFFERSON,

                Plaintiff,

       -against-

TAFT FRIDAY 50TH St. LLC, i/s/h/a TAFT
FRIDAYS 50 i/s/h/a/ THE RIESE
ORGANIZATION,

                Defendant.
-----------------------------------------------------------X

18 **CIVIL** 1578 (AT)

**JUDGMENT**

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2020, Defendant's motion for summary judgment is granted and Plaintiff's complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         February 11, 2020

                                        RUBY J. KRAJICK
                                        Clerk of Court
BY:
                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/11/2020